| PROB 22<br>(Rev. 9/98)<br><br>TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Tran. Court)* | |
|---|---|---|---|
| | | EP-09-CR-2438-PRM | |
| | | DOCKET NUMBER *(Rec. Court)* | |
| | | **CR 20   00065** LHK | |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION | |
| Alfredo Vargas-Nava<br>Northern District of California | WD/TX | EL PASO | |
| | NAME OF SENTENCING JUDGE | | |
| | Philip R. Martinez | | |
| | DATES OF PROB/<br>SUPV. REL. | FROM<br>07/24/2018 | TO<br>07/23/2023 |

**OFFENSE**

Importation of a Controlled Substance, to wit: Heroin 21 U.S.C. §§ 952 & 960.

*FILED*

FEB 12 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>WESTERN DISTRICT OF TEXAS</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>Northern District of California</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court. *

| February 4, 2020 | |
|---|---|
| Date | United States District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **NORTHERN DISTRICT OF CALIFORNIA**.

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| 2/7/2020 | *Lucy H. Koh* |
|---|---|
| Effective Date | United States District Judge |