**JUDGE PHILIP MARTINEZ**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED

2009 SEP -2  PM 4: 21

CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, § | CRIMINAL NO. EP-09-CR- |
| Plaintiff, § | **INDICTMENT** |
| v. § | **CT 1:** 21:952(a)-Importation of a Controlled Substance; |
| ALFREDO VARGAS-NAVA, § | **CT 2:** 21:841(a)(1)-Possession of a Controlled Substance With Intent to Distribute |
| Defendant. § | |

**EP09CR2438**

THE GRAND JURY CHARGES:

### COUNT ONE
(21 U.S.C. §§ 952(a), 960(a)(1) & 960(b)(1)(B)(ii))

That on or about August 6, 2009, in the Western District of Texas, Defendant,

**ALFREDO VARGAS-NAVA,**

knowingly and intentionally imported into the United States from Mexico a controlled substance, which offense involved 1 kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(1)(B)(ii).

## COUNT TWO
(21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A)(ii)(II))

That on or about August 6, 2009, in the Western District of Texas, Defendant,

### ALFREDO VARGAS-NAVA,

knowingly and intentionally possessed with intent to distribute a controlled substance, which offense involved 1 kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii)(II).

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

JOHN E. MURPHY
ACTING UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney

AO 245 B (Rev. 08/05)(W.D.TX.) - Judgment in a Criminal Case

FILED

# UNITED STATES DISTRICT COURT
## Western District of Texas
### EL PASO DIVISION

MAR 0 9 2010

CLERK, DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA

v.

ALFREDO VARGAS-NAVA

Defendant.

Case Number   EP-09-CR-2438 PRM
USM Number   48051-280

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant, ALFREDO VARGAS-NAVA, was represented by Joseph Rey, Jr.

On motion of the United States, the Court has dismissed Count 2.

The defendant pled guilty to Count 1 of the Indictment on January 20, 2010. Accordingly, the defendant is adjudged guilty of such Count, involving the following offense:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 USC 952, and 960 | Importation of a controlled substance, to-wit: heroin > 1 kg | 8-6-2009 | 1 |

As pronounced on March 8, 2010, the defendant is sentenced as provided in pages 2 through 6 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the Court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this the _4th_ day of March, 2010.

PHILIP R. MARTINEZ
United States District Judge

AO 245 B (Rev. 06/05)(W.D.TX.) - Imprisonment

Judgment--Page 2

Defendant: ALFREDO VARGAS-NAVA
Case Number: EP-09-CR-2438 PRM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of one-hundred and fifty-one (151) months with credit for time served while in custody for this federal offense.

The Court makes the following recommendations to the Bureau of Prisons:

That the defendant participate in the (500 hour) Comprehensive Drug Treatment program while incarcerated.

Defense counsel requests that the defendant serve this sentence at a facility as close to Sacramento, California as possible.

The defendant shall remain in custody pending service of sentence.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy Marshal

AO 245 B (Rev. 06/05)(W.D.TX.) - Supervised Release

Judgment--Page 3

Defendant: ALFREDO VARGAS-NAVA
Case Number: EP-09-CR-2438 PRM

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of five (5) years.

While on supervised release, the defendant shall comply with the mandatory, standard and if applicable, the special conditions that have been adopted by this Court as set forth on pages 4 and 5 of this judgment.

AO 245 B (Rev. 05/04)(W.D.TX.) - Supervised Release

Judgment--Page 4

Defendant: ALFREDO VARGAS-NAVA
Case Number: EP-09-CR-2438 PRM

## CONDITIONS OF SUPERVISION

**Mandatory Conditions:**

1) The defendant shall not commit another federal, state, or local crime.

2) The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

3) In supervised release cases only, the defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from custody of the Bureau of Prisons.

4) If convicted of a felony, the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

5) The defendant shall cooperate in the collection of DNA as directed by the probation officer if the collection of such a sample is authorized pursuant to section 3 of the DNA Analysis Backlog Elimination Act of 2000 (42 U.S.C. § 1413a).

6) If convicted of a sexual offense as described in 18 U.S.C. § 4042(c)(4), the defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer.

7) If convicted of a domestic violence crime as defined in 18 U.S. C. § 3561(b), the defendant shall participate in an approved program for domestic violence.

8) If the judgment imposes a fine or restitution, it is a condition of supervision that the defendant pay in accordance with the Schedule of Payments sheet of the judgment.

**Standard Conditions:**

1) The defendant shall not leave the judicial district without permission of the court or probation officer.

2) The defendant shall report to the Probation Officer and shall submit a truthful and complete written report within the first five days of each month.

3) The defendant shall answer truthfully all inquires by the Probation Officer and follow the instructions of the Probation Officer.

4) The defendant shall support his or her dependents and meet other family responsibilities.

5) The defendant shall work regularly at a lawful occupation unless excused by the Probation Officer for schooling, training or other acceptable reasons.

6) The defendant shall notify the Probation Officer at least ten days prior to any change in residence or employment.

7) The defendant shall abstain from the use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.

8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.

9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the Probation Officer.

10) The defendant shall permit a Probation Officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the Probation Officer.

11) The defendant shall notify the Probation Officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

12) The defendant shall not enter into any agreement to act as an informer or special agent of a law enforcement agency without the permission of the Court.

13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245 B (Rev. 05/04)(W.D.TX.) - Supervised Release

Judgment--Page 5

Defendant: ALFREDO VARGAS-NAVA
Case Number: EP-09-CR-2438 PRM

14) If convicted of a sexual offense as described in 18 U.S.C. § 4042(c)(4), or has a prior conviction of a State or local offense that would have been an offense as described in 18 U.S.C. § 4042 (c)(4) if a circumstance giving rise to Federal jurisdiction had existed, the defendant shall participate in a sex offender treatment program approved by the probation officer. The defendant shall abide by all program rules, requirements and conditions of the sex offender treatment program, including submission to polygraph testing, to determine if the defendant is in compliance with the conditions of release. The defendant may be required to contribute to the cost of the services rendered (copayment) in an amount to be determined by the probation officer, based on the defendant's ability to pay.

15) The defendant shall submit to an evaluation for substance abuse or dependency treatment as directed by the probation officer, and if deemed necessary by the probation officer, the defendant shall participate in a program approved by the probation officer for treatment of narcotic addiction or drug or alcohol dependency which may include testing and examination to determine if the defendant has reverted to the use of drugs or alcohol. The defendant may be required to contribute to the cost of the services rendered (copayment) in an amount to be determined by the probation officer, based upon the defendant's ability to pay.

16) The defendant shall submit to an evaluation for mental health counseling as directed by the probation officer, and if deemed necessary by the probation officer, the defendant shall participate in a mental health program approved by the probation officer. The defendant may be required to contribute to the cost of the services rendered (copayment) in an amount to be determined by the probation officer, based upon the defendant's ability to pay.

17) If the defendant is excluded, deported, or removed upon release from imprisonment, the term of supervised release shall be a non-reporting term of supervised release. The defendant shall not illegally re-enter the United States. If the defendant lawfully re-enters the United States during the term of supervised release, the defendant shall immediately report in person to the nearest U.S. Probation Office.

18) If the judgment imposes other criminal monetary penalties, it is a condition of supervision that the defendant pay such penalties in accordance with the Schedule of Payments sheet of the judgment.

19) If the judgment imposes a fine, special assessment, restitution, or other criminal monetary penalties, it is a condition of supervision that the defendant shall provide the probation officer access to any requested financial information.

20) If the judgment imposes a fine, special assessment, restitution, or other criminal monetary penalties, it is a condition of supervision that the defendant shall not incur any new credit charges or open additional lines of credit without the approval of the probation officer unless the defendant is in compliance with the payment schedule.

The Court further adopts such of the following special conditions applied to the supervised person by the judge at the time of sentencing:

1) The defendant shall perform 100 hours of community service work without pay, at a location approved by the probation officer, at a minimum rate of four hours per week, to be completed during the term of supervision.

Defendant: ALFREDO VARGAS-NAVA
Case Number: EP-09-CR-2438 PRM

## CRIMINAL MONETARY PENALTIES/ SCHEDULE

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth. Unless the Court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. Criminal Monetary Penalties, except those payments made through Federal Bureau of Prisons' Inmate Financial Responsibility Program shall be paid through the Clerk, United States District Court, 511 E. San Antonio Street, Room 219 El Paso, Texas 79901.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| TOTAL: | $100.00 | $2,500.00 | $0 |

### Special Assessment

It is ordered that the defendant shall pay to the United States a special assessment of $100.00. Payment of this sum shall begin immediately.

### Fine

The defendant shall pay a fine of $2,500.00. Payment of this sum shall begin immediately. The fine is below the advisory guideline range pursuant to the defendant's inability to pay.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column above. However, pursuant to 18 U.S.C. § 3664(i), all non-federal victims must be paid before the United States is paid.

If the fine is not paid, the court may sentence the defendant to any sentence which might have been originally imposed. See 18 U.S.C. §3614.

The defendant shall pay interest on any fine or restitution of more than $2,500.00, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. §3612(f). All payment options may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. §3612(g).

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest, (7) penalties, and (8) costs, including cost of prosecution and court costs.

Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

CLOSED,PRO_SE_LAW_CLERK

# U.S. District Court [LIVE]
## Western District of Texas (El Paso)
## CRIMINAL DOCKET FOR CASE #: 3:09-cr-02438-PRM-1

# Internal Use Only

Case title: USA v. Vargas-Nava  
Magistrate judge case number: 3:09-mj-04657-RPM

Date Filed: 09/02/2009  
Date Terminated: 02/07/2018

Assigned to: Judge Philip R. Martinez

### Defendant (1)

**Alfredo Vargas-Nava**  
*TERMINATED: 02/07/2018*

represented by **Alfredo Vargas-Nava**  
#48051-280  
FCI BASTROP  
FEDERAL CORRECTIONAL INSTITUTION  
P.O. BOX 1010  
BASTROP, TX 78602  
PRO SE

**Edgar H. Holguin**  
Public Defenders Office  
700 E. San Antonio St.  
Room D-401  
El Paso, TX 79901  
(915)534-6525  
Fax: 915/534-6534  
Email: Edgar_Holguin@fd.org  
*TERMINATED: 01/11/2016*  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

**Joseph Joaquin Rey , Jr.**  
Attorney at Law  
747 E. San Antonio  
Suite 101  
El Paso, TX 79901  
(915)532-5401  
Fax: 915/544-6743  
Email: jreyjr@hotmail.com  
*TERMINATED: 03/09/2010*  
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| 21:952A=NI.F NARCOTICS - IMPORT, 1 KILOGRAM OF HEROIN (1) | Defendant's sentence is reduced to 121 months or time served, whichever is later; followed by 5 yrs. suprvd. relse., $2,500 fine and $100 s/a |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 21:841A=ND.F NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE, 1 KILOGRAM OF HEROIN (2) | Dismissed |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| 21:841A=ND.F - Narcotics - Sell, Distribute or Dispense, 21:952=NI.F - Importation of Approximately 36.0 lbs. of Heroin | |

**Plaintiff**

USA     represented by **Craig Howard Russell**
Assistant U.S. Attorney
700 E. San Antonio
Suite 200
El Paso, TX 79901
(915) 534-6884
Fax: 915/534-3024
Email: usatxw.ecfepcrim@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/06/2009 | | Arrest of Alfredo Vargas-Nava (fm, ) [3:09-mj-04657-RPM] (Entered: 08/07/2009) |
| 08/07/2009 | 1 | COMPLAINT as to Alfredo Vargas-Nava. (fm, ) [3:09-mj-04657-RPM] (Entered: 08/07/2009) |

| | | | |
|---|---|---|---|
| 08/07/2009 | | 2 | MOTION to Detain Defendant without Bond by USA as to Alfredo Vargas-Nava. (fm, ) [3:09-mj-04657-RPM] (Entered: 08/07/2009) |
| 08/07/2009 | | 3 | NOTICE OF HEARING as to Alfredo Vargas-Nava: Detention Hearing set for 8/12/2009 09:30 AM before Judge Richard P. Mesa. Preliminary Examination set for 8/12/2009 09:30 AM before Judge Richard P. Mesa. (fm, ) [3:09-mj-04657-RPM] (Entered: 08/07/2009) |
| 08/07/2009 | | | Minute Entry for proceedings held before Judge Richard P. Mesa: Initial Appearance as to Alfredo Vargas-Nava held on 8/7/2009 (Minute entry documents are not available electronically.) (Court Reporter ERO.) (fm, ) [3:09-mj-04657-RPM] (Entered: 08/07/2009) |
| 08/07/2009 | | | ORAL ORDER OF TEMPORARY DETENTION: NO BOND SET as to Alfredo Vargas-Nava. Signed by Judge Richard P. Mesa. (fm, ) [3:09-mj-04657-RPM] (Entered: 08/07/2009) |
| 08/07/2009 | | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Alfredo Vargas-Nava Duty Pub. Defender-El Paso for Alfredo Vargas-Nava appointed. Signed by Judge Richard P. Mesa. (fm, ) [3:09-mj-04657-RPM] (Entered: 08/07/2009) |
| 08/10/2009 | | 5 | NOTICE OF ATTORNEY APPEARANCE: Edgar H. Holguin appearing for Alfredo Vargas-Nava (Holguin, Edgar) [3:09-mj-04657-RPM] (Entered: 08/10/2009) |
| 08/12/2009 | 🔒 | 6 | Minute Entry for proceedings held before Judge Richard P. Mesa: Preliminary Examination and Detention Hearing as to Alfredo Vargas-Nava held on 8/12/2009. PROBABLE CAUSE FOUND. (Minute entry documents are not available electronically.) (Court Reporter ERO.) (fm, ) [3:09-mj-04657-RPM] (Entered: 08/13/2009) |
| 08/12/2009 | | 7 | ORDER GRANTING 2 Motion to Detain Defendant without Bond. Bond set to DETAIN WITHOUT BOND as to Alfredo Vargas-Nava (1). Signed by Judge Richard P. Mesa. (fm, ) [3:09-mj-04657-RPM] (Entered: 08/13/2009) |
| 09/02/2009 | | 8 | INDICTMENT(Redacted Version) filed. Unredacted document sealed pursuant to E-Government Act of 2002 as to Alfredo Vargas-Nava (1) count(s) 1, 2. (mr, ) (Entered: 09/03/2009) |
| 09/02/2009 | | 9 | Personal Data Sheet (Redacted) by USA as to Alfredo Vargas-Nava (mr, ) (Entered: 09/03/2009) |
| 09/02/2009 | 🔒 🔒 | 52 | *SEALED* UNREDACTED INDICTMENT: In Compliance with the E-Government Act, this document should remain SEALED and not made available to the public as to Alfredo Vargas-Nava. (mn) (Entered: 03/06/2017) |
| 09/03/2009 | | 10 | NOTICE OF HEARING as to Alfredo Vargas-Nava Arraignment set for 9/11/2009 11:00 AM before Judge Michael S. McDonald. Docket Call set for 9/30/2009 08:00 AM before Judge Philip R. Martinez. (mr, ) (Entered: 09/03/2009) |

| 09/10/2009 | 11 | NOTICE *Regarding Plea Date* by USA as to Alfredo Vargas-Nava (Russell, Craig) (Entered: 09/10/2009) |
|---|---|---|
| 09/11/2009 | 12 | WAIVER of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by Alfredo Vargas-Nava (da, ) (Entered: 09/14/2009) |
| 09/14/2009 | 13 | General ORDER of Discovery as to Alfredo Vargas-Nava. Signed by Judge Philip R. Martinez. (da, ) (Entered: 09/14/2009) |
| 09/30/2009 | 🔒 14 | Minute Entry for proceedings held before Judge Philip R. Martinez:Docket Call as to Alfredo Vargas-Nava RESET on 9/30/2009 (Minute entry documents are not available electronically.) (mr, ) (Entered: 09/30/2009) |
| 10/01/2009 | 15 | ORDER as to Alfredo Vargas-Nava, ORDER TO CONTINUE - Ends of Justice as to Alfredo Vargas-Nava, ( Docket Call reset for 10/29/2009 08:00 AM before Judge Philip R. Martinez.). Signed by Judge Philip R. Martinez. (mr, ) (Entered: 10/01/2009) |
| 10/29/2009 | 🔒 16 | Minute Entry for proceedings held before Judge Philip R. Martinez:Docket Call as to Alfredo Vargas-Nava held on 10/29/2009. Defendant moves for rearraignment. (Minute entry documents are not available electronically.) (mr, ) (Entered: 10/29/2009) |
| 10/30/2009 | 17 | ORDER as to Alfredo Vargas-Nava, ( Plea and Sentence set for 11/19/2009 02:00 PM before Judge Philip R. Martinez.). Signed by Judge Philip R. Martinez. (mr, ) (Entered: 10/30/2009) |
| 11/03/2009 | 18 | NOTICE OF ATTORNEY APPEARANCE: Joseph Joaquin Rey, Jr appearing for Alfredo Vargas-Nava (Rey, Joseph) (Entered: 11/03/2009) |
| 11/03/2009 | 19 | MOTION to Substitute Attorney by Alfredo Vargas-Nava. (Rey, Joseph) (Entered: 11/03/2009) |
| 11/04/2009 | 20 | ORDER GRANTING 19 Motion to Substitute Attorney Joseph J. Rey, Jr. for Edgar Holguin as to Alfredo Vargas-Nava (1). Signed by Judge Philip R. Martinez. (mr, ) (Entered: 11/04/2009) |
| 11/04/2009 | | Attorney Edgar H. Holguin terminated as to Alfredo Vargas-Nava. (mr, ) (Entered: 11/04/2009) |
| 11/16/2009 | 21 | ***DOCUMENT DEFICIENT, INCORRECT DOCUMENT ATTACHED.*** Unopposed MOTION to Continue by Alfredo Vargas-Nava. (Rey, Joseph) Modified on 11/16/2009 (mr, ). (Entered: 11/16/2009) |
| 11/16/2009 | 22 | DEFICIENCY NOTICE: re 21 Unopposed MOTION to Continue as to Alfredo Vargas-Nava. ***INCORRECT DOCUMENT ATTACHED.*** (mr, ) (Entered: 11/16/2009) |
| 11/16/2009 | 🔒 | (Court only) ***Motions terminated as to Alfredo Vargas-Nava: 21 Unopposed MOTION to Continue filed by Alfredo Vargas-Nava. |

| | | |
|---|---|---|
| | | ***SEE DEFICIENCY NOTICE, DOCKET ENTRY #22*** (mr, ) (Entered: 11/16/2009) |
| 11/16/2009 | 23 | Unopposed MOTION to Continue by Alfredo Vargas-Nava. (Rey, Joseph) (Entered: 11/16/2009) |
| 11/18/2009 | 24 | ORDER GRANTING 23 Motion to Continue as to Alfredo Vargas-Nava (1) Docket Call set for 12/17/2009 08:00 AM before Judge Philip R. Martinez. IT IS FURTHER ORDERED that the Plea and Sentencing Hearing set for 11/19/2009 is hereby VACATED.. Signed by Judge Philip R. Martinez. (da, ) (Entered: 11/18/2009) |
| 11/18/2009 | 🔒 | (Court only) Terminate Deadlines and Hearings as to Alfredo Vargas-Nava: (da, ) (Entered: 11/18/2009) |
| 12/16/2009 | 25 | NOTICE *OF INTENTION TO ENTER GUILTY PLEA* by Alfredo Vargas-Nava (Rey, Joseph) (Entered: 12/16/2009) |
| 12/18/2009 | 26 | ORDER as to Alfredo Vargas-Nava, ORDER TO CONTINUE - Ends of Justice as to Alfredo Vargas-Nava, ( Rearraignment set for 1/20/2010 10:00 AM before Judge Richard P. Mesa.). Signed by Judge Richard P. Mesa. (mr, ) (Entered: 12/18/2009) |
| 01/20/2010 | 27 | Consent to administration of guilty plea and Rule 11 Allocution by a United States Magistrate Judge by Alfredo Vargas-Nava (mr, ) (Entered: 01/21/2010) |
| 01/20/2010 | 🔒 28 | Minute Entry for proceedings held before Judge Richard P. Mesa:Rearraignment held on 1/20/2010 ; Plea of guilty entered as to Alfredo Vargas-Nava (1) Count 1 ;Referred to Probation for Presentence Report (Minute entry documents are not available electronically.) (Court Reporter ERO.) (mr, ) (Entered: 01/21/2010) |
| 01/20/2010 | 🔒 29 | PLEA AGREEMENT as to Alfredo Vargas-Nava (Plea agreement documents are not available electronically.) (mr, ) (Entered: 01/21/2010) |
| 01/20/2010 | 30 | FINDINGS OF FACT AND RECOMMENDATION on felony guilty plea before the United States Magistrate Judge as to Alfredo Vargas-Nava. Signed by Judge Richard P. Mesa. (mr, ) (Entered: 01/21/2010) |
| 01/22/2010 | 31 | ORDER as to Alfredo Vargas-Nava, ( Sentencing set for 3/9/2010 08:00 AM before Judge Philip R. Martinez.). Signed by Judge Philip R. Martinez. (mr, ) (Entered: 01/22/2010) |
| 02/03/2010 | 32 | ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION as to Alfredo Vargas-Nava. Guilty plea accepted. Signed by Judge Philip R. Martinez. (mr, ) (Entered: 02/03/2010) |
| 02/04/2010 | 33 | ORDER as to Alfredo Vargas-Nava, ( Sentencing reset for 3/8/2010 08:00 AM before Judge Philip R. Martinez.). Signed by Judge Philip R. Martinez. (mr, ) (Entered: 02/04/2010) |

| | | | |
|---|---|---|---|
| 03/08/2010 | 🔒 | 34 | Minute Entry for proceedings held before Judge Philip R. Martinez:Sentencing held on 3/8/2010 for Alfredo Vargas-Nava (1), Count(s) 1, 151 mths. impri. followed by 5 yrs. suprvd. relse., $2,500 fine and $100 s/a; Count(s) 2, Dismissed. (Minute entry documents are not available electronically.) (Court Reporter Michael P. Nobles.) (mr, ) (Entered: 03/08/2010) |
| 03/09/2010 | | 35 | NOTICE OF DEFENDANT'S RIGHT TO APPEAL as to Alfredo Vargas-Nava. Signed by Judge Philip R. Martinez. (mr, ) (Entered: 03/09/2010) |
| 03/09/2010 | 🔒 | 36 | Sealed Statement of Reasons as to Alfredo Vargas-Nava (SOR documents are not available electronically.) (da, ) (Entered: 03/09/2010) |
| 03/09/2010 | | 37 | JUDGMENT AND COMMITMENT as to Alfredo Vargas-Nava. Signed by Judge Philip R. Martinez. (da, ) (Entered: 03/09/2010) |
| 06/27/2011 | 🔒 | | (Court only) ***Set/Clear Flags as to Alfredo Vargas-Nava (mc6, ) (Entered: 06/28/2011) |
| 06/27/2011 | 🔒 | | *SEALED* If ordered by the court, all referrals will be assigned to Magistrate Judge Castaneda (mc6, ) (Entered: 06/28/2011) |
| 06/27/2011 | | 38 | MOTION to Vacate under 28 U.S.C. 2255 ( Civil Action 3:11-CV-271 PRM.) by Alfredo Vargas-Nava. (mc6, ) (Entered: 06/28/2011) |
| 06/30/2011 | | 39 | MEMORANDUM OPINION AND ORDER as to Alfredo Vargas-Nava. Signed by Judge Philip R. Martinez. (mr, ) (Entered: 06/30/2011) |
| 06/30/2011 | | 40 | FINAL JUDGMENT as to Alfredo Vargas-Nava. IT IS ORDERED that Movant's civil case, EP-11-CV-271-PRM is DISMISSED WITH PREJUDICE. IT IS FURHER ORDERED that Movant is DENIED a CERTIFICATE OF APPEALABILITY and all pending motiona are DENIED AS MOOT. Signed by Judge Philip R. Martinez. (mr, ) (Entered: 06/30/2011) |
| 07/19/2012 | 🔒 | | (Court only) ***Motions terminated as to Alfredo Vargas-Nava: 38 MOTION to Vacate under 28 U.S.C. 2255 ( Civil Action 3:11-CV-271 PRM.) filed by Alfredo Vargas-Nava. (mt, ) (Entered: 07/19/2012) |
| 12/29/2014 | | 41 | MOTION to Reduce Sentence - USSC Amendment 782 by Alfredo Vargas-Nava. (scf) (Entered: 12/30/2014) |
| 12/30/2014 | | 42 | STANDING APPOINTMENT ORDER as to Alfredo Vargas-Nava. Signed by Judge Philip R. Martinez. (scf) (Entered: 12/30/2014) |
| 12/30/2014 | | 43 | Letter/Correspondence by Alfredo Vargas-Nava (scf) (Entered: 12/30/2014) |
| 12/30/2014 | | | SEE DOC <42>. ATTORNEY EDGAR HOLGUIN FOR ALFREDO VARGAS-NAVA. (scf) (Entered: 12/30/2014) |

| | | | |
|---|---|---|---|
| 10/01/2015 | 🔒 | 44 | Sealed Document filed (mg2) (Entered: 10/01/2015) |
| 10/01/2015 | | 45 | ORDER GRANTING 41 Motion to Reduce Sentence - USSC Amendment 782 as to Alfredo Vargas-Nava (1). Signed by Judge Philip R. Martinez. (mg2) (Entered: 10/01/2015) |
| 10/01/2015 | | 46 | ORDER REDUCING SENTENCE - USSC Amendment 782 as to Alfredo Vargas-Nava (1), Count(s) 1, Defendant's sentence is reduced to 121 months or time served, whichever is later; followed by 5 yrs. suprvd. relse., $2,500 fine and $100 s/a; Count(s) 2, Dismissed. Signed by Judge Philip R. Martinez. (mg2) (Entered: 10/01/2015) |
| 10/01/2015 | 🔒 | 47 | Order Reducing Sentence - NOT FOR PUBLIC DISCLOSURE page (SEALED) as to Alfredo Vargas-Nava (This document is not available electronically.) (mg2) (Entered: 10/01/2015) |
| 10/02/2015 | | 48 | Certified Mail Receipt as to Alfredo Vargas-Nava of 45 Order on Motion to Reduce Sentence - USSC Amendment 782, 46 Order Reducing Sentence - USSC Amendment 782, 47 Order Reducing Sentence - NOT FOR PUBLIC DISCLOSURE page (SEALED) (mg2) (Entered: 10/06/2015) |
| 10/13/2015 | | 49 | Certified RETURN/RECD Receipt as to Alfredo Vargas-Nava of 45 Order on Motion to Reduce Sentence - USSC Amendment 782, 46 Order Reducing Sentence - USSC Amendment 782, 47 Order Reducing Sentence - NOT FOR PUBLIC DISCLOSURE page (SEALED) (mg2) (Entered: 10/13/2015) |
| 11/08/2016 | | 50 | SECOND AMENDED JUDGMENT as to Alfredo Vargas-Nava (1), Count(s) 1, Defendant's sentence is reduced to 121 months or time served, whichever is later; followed by 5 yrs. suprvd. relse., $2,500 fine and $100 s/a; Count(s) 2, Dismissed. Signed by Judge Philip R. Martinez. (dt) (Entered: 11/10/2016) |
| 11/08/2016 | 🔒 | 51 | Sealed Statement of Reasons as to Alfredo Vargas-Nava (SOR documents are not available electronically.) (dt) (Entered: 11/10/2016) |
| 09/25/2017 | | 53 | Expedited Motion to Modify Restitution Order by Alfredo Vargas-Nava. (Attachments: # 1 Letter)(dt) (Entered: 09/26/2017) |
| 10/17/2017 | | | Text Order DENYING 53 Motion as to Alfredo Vargas-Nava (1) No Order of Restitution was entered and thus no modification is needed. Accordingly, the requested relief is not necessary and is DENIED. Entered by Judge Philip R. Martinez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (PRM) (Entered: 10/17/2017) |
| 11/09/2017 | 🔒 | 54 | (Court only) Returned mail for Alfredo Vargas-Nava; re Order on Motion for Miscellaneous Relief, ; Returned for: RETURN TO SENDER, NOT DELIVERABLE AS ADDRESSED, UNABLE TO FORWARD (dt) (Entered: 11/13/2017) |

| | | |
|---|---|---|
| 02/18/2020 | 55 | Probation/Supervised Release Jurisdiction Transferred to Northern District of California as to Alfredo Vargas-Nava signed by Judge Philip R. Martinez. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (dt) (Entered: 02/18/2020) |