1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 20–0065 LHK |
|---|---|
| Plaintiff, | [PROPOSED] ORDER APPOINTING THE FEDERAL PUBLIC DEFENDER |
| v. | |
| ALFREDO VARGAS NAVA, | |
| Defendant. | |

GOOD CAUSE APPEARING, it is hereby ordered that the Federal Public Defender's Office is appointed to represent Alfredo Vargas Nava

February 9, 2021    *Lucy H. Koh*

DATED    HONORABLE LUCY KOH

United States Senior District Judge

CR 18–00224 SI
[PROPOSED] ORDER APPOINTING FEDERAL PUBLIC DEFENDER